LEO FELDMAN, an Infant, by SAMUEL FELDMAN, His Guardian ad Litem, Respondent, v. JAMES J. McDONNELL, Appellant.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion to change the place of trial to the county of Bronx granted, with ten dollars costs, on the ground that the defendant is a public official, and the cause of action arose in the county of Bronx. (Civ. Prac. Act, § 184.) Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

BROOKLYN EXCAVATORS, INC., Appellant, v. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, in Charge of MERCANTILE BANK AND TRUST COMPANY, in Liquidation, and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.